UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DANNY JACKSON,

    Petitioner,

v.

WARDEN STEVEN MERENDINO,

    Respondent.

Civ. No. 23-676 (RBK)

**MEMORANDUM & ORDER**

Petitioner, Danny Jackson ("Petitioner" or "Jackson"), is a federal prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner's counsel requests this matter be dismissed in this Court. (*See* ECF 3). Petitioner's request will be granted.

Accordingly, IT IS on this 14th day of April 2023,

ORDERED that Petitioner's habeas petition is dismissed without prejudice; and it is further

ORDERED that the Clerk shall mark this case as closed.

                                          s/ Robert B. Kugler
                                          ROBERT B. KUGLER
                                          United States District Judge